MICHAEL FASOLO et al., Appellants, v JOSEPH A. SCARAFILE, Respondent.

Submitted September 15, 2014; decided October 23, 2014

Motion, insofar as it seeks leave to appeal from that portion of the August 2014 Appellate Division order affirming so much of Supreme Court's order as granted the motion to dismiss the complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the August 2014 Appellate Division order does not finally determine the action within the meaning of the Constitution.

MOUNT SINAI HOSPITAL, as Assignee of Alison Cassani, Respondent, v DUST TRANSIT, INC., Appellant.

Submitted September 15, 2014; decided October 23, 2014

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; 2103 [b] [2]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT BARDEN, Appellant.

Submitted October 20, 2014; decided October 23, 2014

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.